## NOTICE OF JUDGMENT LIEN
FOLLOW INSTRUCTIONS CAREFULLY (front and back of form.)

A. NAME & PHONE OF FILER'S CONTACT (optional)

B. SEND ACKNOWLEDGMENT TO: (NAME AND ADDRESS)

James H. Thebeau Bar # 128845
San Bernardino County Office of County Counsel
385 N. Arrowhead Avenue, Fourth Floor
San Bernardino, CA 92415-0140
Telephone: (909) 387-4402
Facsimile: (909) 387-4069
jthebeau@cc.sbcounty.gov

THIS SPACE FOR FILING OFFICE USE ONLY

**1. JUDGMENT DEBTOR'S EXACT LEGAL NAME** –Insert only one name, either 1a or 1b. Do not abbreviate or combine names.

1a. ORGANIZATION'S NAME

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Menell | Katrina | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2250 W. Chestnut St. SPC 6 | San Bernardino | CA | 92410 | US |

**2. JUDGMENT CREDITOR'S NAME**– Do not abbreviate or combine names.

2a. ORGANIZATION'S NAME: County of San Bernardino

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 385 N. Arrowhead, Fourth Floor, | San Bernardino | CA | 92415-0140 | US |

**3.** ALL PROPERTY SUBJECT TO ENFORCEMENT OF A MONEY JUDGMENT AGAINST THE JUDGMENT DEBTOR TO WHICH A JUDGMENT LIEN ON PERSONAL PROPERTY MAY ATTACH UNDER SECTION 697.530 OF THE CODE OF CIVIL PROCEDURE IS SUBJECT TO THIS JUDGMENT LIEN.

A. Title of court where judgment was entered: San Bernardino Superior Court

B. Title of the action: County of San Bernardino v. Katrina Menell

C. Number of this action: CVIDS1200623

D. Date judgment was entered: August 22, 2014

E. Date of subsequent renewals of judgment (if any): 

F. Amount required to satisfy judgment at date of this notice: $ $18,502.02

G. Date of this notice: July 15, 2015

**4.** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct:

SIGNATURE – SEE INSTRUCTION NO. 4

Dated: 7-15-15
(If not indicated, use same as date in item 3G.)

FOR: County of San Bernardino (SEE ATTACHMENT A)

FILING OFFICE COPY

NOTICE OF JUDGMENT LIEN (FORM JL1) (Rev. 6/01)
Approved by the Secretary of State