# **ATTACHMENT A**

In conformity with California Code of Civil Procedure section 708.420, defendant declares the following:

a. This lien is created under California Code of Civil Procedure 708.420(a) in the case of Katrina Menell v. General American Life Insurance Company, United States District Court, Central District (Western Division) case number 5:15-cv-00502-DD-SP.

b. The lien attaches to any cause of action of the judgment debtor that is the subject of the action or proceeding and to the judgment debtor's rights to money or property under any judgment subsequently procured in the action or proceeding.

c. No compromise, dismissal, settlement, or satisfaction of the pending action or proceeding or any of the judgment debtor's rights to money or property under any judgment procured therein may be entered into by or on behalf of the judgment debtor, and that the judgment debtor may not enforce the judgment debtor's rights to money or property under any judgment procured in the action or proceeding by a writ or otherwise, unless one of the following requirements is satisfied:
   (1) The prior approval by order of the court in which the action or proceeding is pending has been obtained.
   (2) The written consent of the judgment creditor has been obtained or the judgment creditor has released the lien.
   (3) The money judgment of the judgment creditor has been satisfied.

d. The judgment debtor may claim an exemption for all or any portion of the money or property within 30 days after the judgment debtor has notice of the creation of the lien and a statement that, if the exemption is not claimed within the time allowed, the exemption is waived.