# ATTACHMENT B

EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, State Bar number, and telephone number):* | FOR RECORDER'S USE ONLY |
|---|---|
| Recording requested by and return to:<br>S. MARK STRAIN, Deputy County Counsel SBN 183911<br>Office of County Counsel<br>385 North Arrowhead Avenue, 4th Floor<br>San Bernardino, CA 92415-0140<br>TEL NO.: (909) 387-5455    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>☒ ATTORNEY FOR  ☒ JUDGMENT CREDITOR  ☐ ASSIGNEE OF RECORD | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
STREET ADDRESS: 247 West 3rd Street
MAILING ADDRESS: 247 West 3rd Street
CITY AND ZIP CODE: San Bernardino 92415-0210
BRANCH NAME: San Bernardino Justice Center

PLAINTIFF: COUNTY OF SAN BERNARDINO

DEFENDANT: KATRINA MENELL, et al.,

| ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS   ☐ Amended | FOR COURT USE ONLY |
|---|---|

CASE NUMBER: CIVDS1200623

RECEIVED
SEP - 3 2014
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO

1. The ☒ judgment creditor  ☐ assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

      ┌─────────────────────────────────┐
      │ KATRINA MENELL                  │
      │ 2250 W CHESTNUT ST SPC 6        │
      │ SAN BERNARDINO CA 92410-2073    │
      └─────────────────────────────────┘

   b. Driver's license no. [last 4 digits] and state:          ☒ Unknown
   c. Social security no. [last 4 digits]: 7844                ☐ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):

2. ☐ Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   COUNTY OF SAN BERNARDINO
   385 N ARROWHEAD AVE
   SAN BERNARDINO CA 92415-0140

4. ☐ Information on additional judgment creditors is shown on page 2.
5. ☐ Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: September 3, 2014
S. MARK STRAIN, Deputy County Counsel
(TYPE OR PRINT NAME)

▶ _____/s/_____
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $19,146.34
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* August 22, 2014
   b. Renewal entered on *(date):*
9. ☐ This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date):*

10. ☐ An ☐ execution lien ☐ attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. ☐ not been ordered by the court.
    b. ☐ been ordered by the court effective until *(date):*

12. a. ☐ I certify that this is a true and correct abstract of, the judgment entered in this action,
    b. ☐ A certified copy of the judgment is attached.

    Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: COUNTY OF SAN BERNARDINO | COURT CASE NO.: |
|---|---|
| DEFENDANT: KATRINA MENELL, et al. | CIVDS1200623 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

17. Name and last known address

Driver's license no. [last 4 digits] and state:        ☐ Unknown
Social security no. [last 4 digits]:                            ☐ Unknown
Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits] and state:        ☐ Unknown
Social security no. [last 4 digits]:                            ☐ Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

19. Name and last known address

Driver's license no. [last 4 digits] and state:        ☐ Unknown
Social security no. [last 4 digits]:                            ☐ Unknown
Summons was personally served at or mailed to *(address):*

Driver's license no. [last 4 digits] and state:        ☐ Unknown
Social security no. [last 4 digits]:                            ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.


American LegalNet, Inc.
www.FormsWorkFlow.com