JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRINA MENELL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GENERAL AMERICAN LIFE<br>INSURANCE COMPANY,<br>a Missouri Corporation;<br>FBF EASTVALE, LLC, a California<br>Limited Liability Company; and<br>Does 1-10,<br><br>　　　　　Defendants. | Case: 5:15-CV-00502-DDP-SP<br><br>**ORDER** |

This action is hereby ordered dismissed with prejudice as to the defendants, each party to bear their own attorneys' fees and costs. The dismissal of defendants is without prejudice to the exercise of Court jurisdiction, upon application of the County of San Bernardino or the plaintiff, to enforce the terms of the settlement agreement pertaining to the County of San Bernardino's judgment lien.

Dated: January 06, 2016

HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

1